**EXHIBIT 1**

## Marriott

Marriott Business Services
Payroll Department
1965 Hawks Landing
Louisville, TN 37777

Payroll Account

50028-003 R

PAY EXACTLY One Thousand, Three Hundred Fifteen DOLLARS and 35 CENTS----------

PAY TO THE ORDER OF:

96  73P  U2
THERESE A SHABE
2219 BROOKFIELD GREENS CIRCLE
SUN CITY   FL   33573

50028-003 R

Wells Fargo Bank, N.A.

DATE
M 08 | D 31 | Y 17

VOID AFTER 6 MONTHS PAST DATE

Marriott International and affiliated companies

Carolyn B. Harr
Authorized Representative

8288244 7

⑈8288244 7⑈ ⑆053101561⑆ 475903106 5⑈