**EXHIBIT 2**

**Marrpay Pay Statement**

## CONFIDENTIAL - RETAIN FOR TAX PURPOSES

96/73P.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | |
|---|---|---|---|
| Week Ending Date: | 05/19/2017 | Total Hrs/Days Worked: | 40.3 |
| Pay Period Start Date: | 05/13/2017 | Gross Pay: | 647.74 |
| Pay Period End Date: | 05/19/2017 | Taxes: | -113.95 |
| Weeks Paid: | 1 | Ded & Adjs: | -114.95 |
| Check Date: | 05/25/2017 | Net Pay: | 418.84 |
| Check Number: | 0078801967 | Check Amount: | 0.00 |

EMPLOYER: RENAISSANCE HOTEL MGMT CO, LLC 10400 FERNWOOD ROAD BETHESDA, MD 20817

THERESE SHABE                     HCE Status: NO
2219 BROOKFIELD GREENS CIRCLE
SUN CITY, FL 33573
EmpID: 1191579

Federal Exemptions: 0          Federal Filing Status: Single
State Exemptions: 0            State Filing Status:

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 559.96 | $ 11,225.88 |
| FICA Wages: | $ 595.52 | $ 11,993.92 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 1 | 14.530 | 40.0 | | | 581.20 |
| | TOTAL REG HRS/DAYS: | | 40.0 | | | |
| 7.270 | OT1 Rate 1 | 21.800 | | 0.3 | | 6.54 |
| | TOTAL OT HRS: | | | 0.3 | | |
| | AWARDS | | | | | 55.00 |
| | RETRO | | | | | 5.00 |

Gross Pay: 647.74

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 68.39 | 1,368.07 |
| FICA | 45.56 | 917.53 |
| Total: | 113.95 | Total: 2,285.60 |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| HOURLY LONG TERM DISABILITY | | 3.46 |
| ROTH PROFIT SHARING % AT | | 23.71 |
| P/S-BEFORE TAX | 35.56 | |
| DENTAL B/T | 3.35 | |
| SELF INSURED HMO B/T | 47.47 | |
| VISION B/T | 1.40 | |
| Subtotals: | 87.78 | 27.17 |
| Grand Total: | | 114.95 |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| SAVINGS | XXXXXXXXXXXXX2400 | 5.00 |
| SAVINGS | XXXXXXXXXXXXX9886 | 5.00 |
| CHECKING | XXXXXXXXXXXXX4070 | 408.84 |
| | Total: | 418.84 |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 150.4 |
| PTO Required to be Used by June 23, 2017 – Hours | | 0.0 |
| PTO Required to be Used by June 22, 2018 – Hours | | 53.3 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 1 | 112/91 | 217500 | 14.530 | FRONT DESK SUPERVISOR |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).