

**EXHIBIT 3**

## Marrpay Pay Statement
### CONFIDENTIAL - RETAIN FOR TAX PURPOSES

96/73P.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | | |
|---|---|---|---|---|
| Week Ending Date: | 12/04/2015 | | Total Hrs/Days Worked: | 51.5 |
| Pay Period Start Date: | 11/28/2015 | | Gross Pay: | 783.51 |
| Pay Period End Date: | 12/04/2015 | | Taxes: | -143.87 |
| Weeks Paid: | 1 | | Ded & Adjs: | -136.70 |
| Check Date: | 12/10/2015 | | Net Pay: | 502.94 |
| Check Number: | 0074248237 | | Check Amount: | 0.00 |

EMPLOYER: RENAISSANCE HOTEL MGMT CO, LLC 10400 FERNWOOD ROAD BETHESDA, MD 20817

THERESE SHABE       HCE Status: NO

TAMPA, FL 33629
EmpID: 1191579

| | Federal Exemptions: | 0 | | Federal Filing Status: | Single |
|---|---|---|---|---|---|
| | State Exemptions: | 0 | | State Filing Status: | |
| | | Current Amount | | | YTD Amount |
| Federal Wages: | $ | 688.12 | $ | | 25,665.64 |
| FICA Wages: | $ | 734.08 | $ | | 27,406.65 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 1 | 13.380 | 40.0 | | | 535.20 |
| | **TOTAL REG HRS/DAYS:** | | **40.0** | | | |
| 6.690 | OT1 Rate 1 | 20.070 | | 11.5 | | 230.81 |
| | **TOTAL OT HRS:** | | | **11.5** | | |
| | AWARDS | | | | | 17.50 |
| | | | | | Gross Pay: | 783.51 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 87.72 | 3,160.31 |
| FICA | 56.15 | 2,096.60 |
| **Total: 143.87** | | **Total: 5,256.91** |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| HOURLY LONG TERM DISABILITY | | 3.12 |
| HOURLY SHORT TERM DISABILITY | | 1.63 |
| PROFIT SHARING LOAN | | 21.24 |
| ROTH PROFIT SHARING % AT | | 15.32 |
| P/S-BEFORE TAX | 45.96 | |
| DENTAL B/T | 3.20 | |
| SELF INSURED HMO B/T | 44.82 | |
| VISION B/T | 1.41 | |
| **Subtotals:** | 95.39 | 41.31 |
| **Grand Total:** | | 136.70 |

### 29 C.F.R. 778.118 Calculation:

Hourly Rate:    $13.38
Total Hours:    51.5
Straight Time:  $689.07
Bonus/Commission: $17.50
Total Compensation: $706.57

Regular Rate (55.5 hrs):    $13.71/hr
Overtime Rate (1.5x):       $20.57/hr

OT Premium: $6.85

Overtime that Should Have Been Paid: $236.56

Total Underpayment: $5.745

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| SAVINGS | XXXXXXXXXXXXX2400 | 5.00 |
| SAVINGS | XXXXXXXXXXXXX9886 | 5.00 |
| CHECKING | XXXXXXXXXXXXX4070 | 492.94 |
| | Total: | 502.94 |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 94.3 |
| PTO Required to be Used by June 24, 2016 – Hours | | 0.0 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 1 | U2/21 | 580250 | 13.380 | RENAISSANCE CLERK-FRNT DESK S |

\* The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

**Marrpay Pay Statement**
**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

96/73P.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | |
|---|---|---|---|
| Week Ending Date: | 02/10/2017 | Total Hrs/Days Worked: | 51.0 |
| Pay Period Start Date: | 02/04/2017 | Gross Pay: | 1,002.62 |
| Pay Period End Date: | 02/10/2017 | Taxes: | -202.72 |
| Weeks Paid: | 1 | Ded & Adjs: | -152.84 |
| Check Date: | 02/16/2017 | Net Pay: | 647.06 |
| Check Number: | 0077859351 | Check Amount: | 0.00 |

EMPLOYER: RENAISSANCE HOTEL MGMT CO, LLC 10400 FERNWOOD ROAD BETHESDA, MD 20817

THERESE SHABE     HCE Status: NO
3101 SEAWAY COURT #2-106
EmpID: 1191579

Federal Exemptions: 0     Federal Filing Status: Single
State Exemptions: 0     State Filing Status:

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 892.04 | $ 4,111.17 |
| FICA Wages: | $ 950.40 | $ 4,388.37 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 1 | 14.110 | 40.0 | | | 564.40 |
| | TOTAL REG HRS/DAYS: | | 40.0 | | | |
| 7.055 | OT1 Rate 1 | 21.165 | | 11.0 | | 232.82 |
| | TOTAL OT HRS: | | | 11.0 | | |
| | AWARDS | | | | | 30.00 |
| | RETRO | | | | | 175.40 |
| | | | | Gross Pay: | | 1,002.62 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 130.01 | 519.27 |
| FICA | 72.71 | 335.71 |
| | Total: 202.72 | Total: 854.98 |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| HOURLY LONG TERM DISABILITY | | 3.36 |
| ROTH PROFIT SHARING % AT | | 38.90 |
| P/S-BEFORE TAX | 58.36 | |
| DENTAL B/T | 3.35 | |
| SELF INSURED HMO B/T | 47.47 | |
| VISION B/T | 1.40 | |
| Subtotals: | 110.58 | 42.26 |
| Grand Total: | | 152.84 |

### 29 C.F.R. 778.118 Calculation:

Hourly Rate: $14.110
Total Hours: 51
Straight Time: $719.61
Bonus/Commission: $205.40
Total Compensation: $925.01

Regular Rate (51 hrs): $18.14/hr
Overtime Rate (1.5x): $27.21/hr

OT Premium: $9.07

Overtime that Should Have Been Paid: $299.31

Total Underpayment: $66.49

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| SAVINGS | XXXXXXXXXXXXX2400 | 5.00 |
| SAVINGS | XXXXXXXXXXXXX9886 | 5.00 |
| CHECKING | XXXXXXXXXXXXX4070 | 637.06 |
| | Total: | 647.06 |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 141.1 |
| PTO Required to be Used by June 23, 2017 – Hours | | 17.0 |
| PTO Required to be Used by June 22, 2018 – Hours | | 26.9 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 1 | 132/21 | 217500 | 14.110 | FRONT DESK SUPERVISOR |

* The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

Marrpay Pay Statement

**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

96/73P.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | | |
|---|---|---|---|---|
| Week Ending Date: | 03/18/2016 | Total Hrs/Days Worked: | | 43.2 |
| Pay Period Start Date: | 03/12/2016 | Gross Pay: | | 687.45 |
| Pay Period End Date: | 03/18/2016 | Taxes: | | -123.28 |
| Weeks Paid: | 1 | Ded & Adjs: | | -125.48 |
| Check Date: | 03/24/2016 | Net Pay: | | 438.69 |
| Check Number: | 0075104588 | Check Amount: | | 0.00 |

EMPLOYER: RENAISSANCE HOTEL MGMT CO, LLC 10400 FERNWOOD ROAD BETHESDA, MD 20817

THERESE SHABE          HCE Status: NO

EmpID: 1191579

Federal Exemptions: 0          Federal Filing Status: Single
State Exemptions: 0            State Filing Status:

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 599.79 | $ 6,880.79 |
| FICA Wages: | $ 636.78 | $ 7,337.99 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 1 | 13.760 | 40.0 | | | 550.40 |
| | TOTAL REG HRS/DAYS: | | 40.0 | | | |
| 6.881 | OT1 Rate 1 | 20.641 | | 3.2 | | 66.05 |
| | TOTAL OT HRS: | | | 3.2 | | |
| | AWARDS | | | | | 71.00 |
| | | | | | Gross Pay: | 687.45 |

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 74.57 | 861.40 |
| FICA | 48.71 | 561.35 |
| Total: | 123.28 | Total: 1,422.75 |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| HOURLY LONG TERM DISABILITY | | 2.56 |
| HOURLY SHORT TERM DISABILITY | | 1.69 |
| PROFIT SHARING LOAN | | 21.24 |
| ROTH PROFIT SHARING % AT | | 12.33 |
| P/S-BEFORE TAX | 36.99 | |
| DENTAL B/T | 3.20 | |
| SELF INSURED HMO B/T | 46.07 | |
| VISION B/T | 1.40 | |
| Subtotals: | 87.66 | 37.82 |
| Grand Total: | | 125.48 |

## 29 C.F.R. 778.118 Calculation:

Hourly Rate:   $13.76
Total Hours:   43.2
Straight Time:   $594.43
Bonus/Commission: $71.00
Total Compensation: $665.43

Regular Rate (43.2 hrs):   $15.40/hr
Overtime Rate (1.5x):      $23.11/hr

OT Premium: $7.70

Overtime that Should Have Been Paid: $73.95

Total Underpayment: $7.90

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| SAVINGS | XXXXXXXXXXXX2400 | 5.00 |
| SAVINGS | XXXXXXXXXXXX9886 | 5.00 |
| CHECKING | XXXXXXXXXXXX4070 | 428.69 |
| | Total: | 438.69 |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 138.2 |
| PTO Required to be Used by June 24, 2016 – Hours | | 5.9 |
| PTO Required to be Used by June 23, 2017 – Hours | | 35.0 |

### Occupational Information

| Rate | Dept-WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 1 | 112/21 | 217500 | 13.760 | FRONT DESK SUPERVISOR |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

Marrpay Pay Statement

## CONFIDENTIAL - RETAIN FOR TAX PURPOSES

96/73P_U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| Week Ending Date: | 03/11/2016 | Total Hrs/Days Worked: | 49.0 |
|---|---|---|---|
| Pay Period Start Date: | 03/05/2016 | Gross Pay: | 808.16 |
| Pay Period End Date: | 03/11/2016 | Taxes: | -149.44 |
| Weeks Paid: | 1 | Ded & Adjs: | -136.01 |
| Check Date: | 03/17/2016 | Net Pay: | 522.71 |
| Check Number: | 0075039241 | Check Amount: | 0.00 |

EMPLOYER: RENAISSANCE HOTEL MGMT CO, LLC 10400 FERNWOOD ROAD BETHESDA, MD 20817

THERESE SHABE
3101 SEAWAY COURT #2-106
[REDACTED]
EmpID: 1191579

HCE Status: NO

Federal Exemptions: 0
State Exemptions: 0

Federal Filing Status: Single
State Filing Status:

|  | **Current Amount** | | **YTD Amount** |
|---|---|---|---|
| Federal Wages: | $ | 712.60 | $ 6,281.00 |
| FICA Wages: | $ | 757.49 | $ 6,701.21 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
|  | Rate 1 | 13.760 | 40.0 |  |  | 550.40 |
|  | TOTAL REG HRS/DAYS: |  | 40.0 |  |  |  |
| 6.880 | OT1 Rate 1 | 20.640 |  | 9.0 |  | 185.76 |
|  | TOTAL OT HRS: |  |  | 9.0 |  |  |
|  | AWARDS |  |  |  |  | 60.00 |
|  | RETRO |  |  |  |  | 12.00 |

Gross Pay: 808.16

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 91.49 | 786.83 |
| FICA | 57.95 | 512.64 |
| **Total: 149.44** | | **Total: 1,299.47** |

### 29 C.F.R. 778.118 Calculation

Hourly Rate:      $13.76
Total Hours:      49
Straight Time:    $674.24
Bonus/Commission: $72.00
Total Compensation: $746.24

Regular Rate (49 hrs):    $15.22/hr
Overtime Rate (1.5x):     $22.83/hr

OT Premium: $7.61

Overtime that Should Have Been Paid: $205.47

Total Underpayment: $19.71

*Note: "Retro" payments are used as commissions for upselling service. It has no relation to underpaid overtime compensation. See the underpayment of overtime from the previous week ($7.90) versus the "Retro" Payment of $12.00.

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| HOURLY LONG TERM DISABILITY |  | 2.56 |
| HOURLY SHORT TERM DISABILITY |  | 1.69 |
| PROFIT SHARING LOAN |  | 21.24 |
| ROTH PROFIT SHARING % AT P/S-BEFORE TAX |  | 14.96 |
| DENTAL B/T | 44.89 |  |
| SELF INSURED HMO B/T | 3.20 |  |
| VISION B/T | 46.07 |  |
|  | 1.40 |  |
| **Subtotals:** | 95.56 | 40.45 |
| **Grand Total:** |  | 136.01 |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| SAVINGS | XXXXXXXXXXXX2400 | 5.00 |
| SAVINGS | XXXXXXXXXXXX9886 | 5.00 |
| CHECKING | XXXXXXXXXXXX4070 | 512.71 |
| **Total:** | | **522.71** |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours |  | 135.3 |
| PTO Required to be Used by June 24, 2016 – Hours |  | 5.9 |
| PTO Required to be Used by June 23, 2017 – Hours |  | 32.1 |

### Occupational Information

| Rate | Dept/WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 1 | 02/21 | 217500 | 13.760 | FRONT DESK SUPERVISOR |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).

**Marrpay Pay Statement**

**CONFIDENTIAL - RETAIN FOR TAX PURPOSES**

96/73P.U2

Paystub Inquiries:
1965 Hawks Landing
Louisville, TN 37777
703-466-7493

| | | | |
|---|---|---|---|
| Week Ending Date: | 11/21/2014 | Total Hrs/Days Worked: | 41.4 |
| Pay Period Start Date: | 11/15/2014 | Gross Pay: | 721.34 |
| Pay Period End Date: | 11/21/2014 | Taxes: | -132.27 |
| Weeks Paid: | 1 | Ded & Adjs: | -125.10 |
| Check Date: | 11/26/2014 | Net Pay: | 463.97 |
| Check Number: | 0081552577 | Check Amount: | 0.00 |

EMPLOYER: RENAISSANCE HOTEL MGMT CO, LLC 10400 FERNWOOD ROAD BETHESDA, MD 20817

THERESE SHABE   HCE Status: NO

EmpID: 1191579

| | | |
|---|---|---|
| Federal Exemptions: | 0 | Federal Filing Status: Single |
| State Exemptions: | 0 | State Filing Status: |

| | Current Amount | YTD Amount |
|---|---|---|
| Federal Wages: | $ 636.46 | $ 23,805.73 |
| FICA Wages: | $ 679.74 | $ 25,996.62 |

### Payments

| OT Premium* | Description | Rate | RegHrs/Days | OT Hrs | Units | Amount |
|---|---|---|---|---|---|---|
| | Rate 2 | 12.260 | 40.0 | | | 490.40 |
| | **TOTAL REG HRS/DAYS:** | | **40.0** | | | |
| 6.126 | OT1 Rate 2 | 18.386 | | 1.4 | | 25.74 |
| | **TOTAL OT HRS:** | | | **1.4** | | |
| | RETRO | | | | | 205.20 |
| | Gross Pay: | | | | | 721.34 |

**29 C.F.R. 778.118 Calculation:**

Hourly Rate:      $12.26
Total Hours:      41.4
Straight Time:    $507.56
Bonus/Commission: $205.20
Total Compensation: $712.76

Regular Rate (41.4 hrs):   $17.22/hr
Overtime Rate (1.5x):      $25.83/hr

OT Premium: $8.61

Overtime that Should Have Been Paid: $36.16

Total Underpayment: $10.42

*Note: "Retro" payments are used as commissions for upselling service. It has no relation to underpaid overtime compensation.

### Tax Deductions

| Description | Current Deduction | YTD Amount |
|---|---|---|
| Federal Income Tax | 80.27 | 2,857.24 |
| FICA | 52.00 | 1,988.74 |
| | **Total: 132.27** | **Total: 4,845.98** |

### Deductions & Adjustments

| Description | Before Tax | After Tax |
|---|---|---|
| HOURLY LONG TERM DISABILITY | | 2.89 |
| HOURLY SHORT TERM DISABILITY | | 1.26 |
| ROTH PROFIT SHARING % AT | | 36.07 |
| P/S-BEFORE TAX | 43.28 | |
| DENTAL B/T | 3.10 | |
| SELF INSURED HMO B/T | 37.17 | |
| VISION B/T | 1.33 | |
| **Subtotals:** | **84.88** | **40.22** |
| **Grand Total:** | | **125.10** |

### Direct Deposit

| Type | Account Number | Amount |
|---|---|---|
| SAVINGS | XXXXXXXXXXXXX2400 | 5.00 |
| SAVINGS | XXXXXXXXXXXXX9886 | 5.00 |
| CHECKING | XXXXXXXXXXXXX4070 | 453.97 |
| | **Total:** | **463.97** |

### Leave Balance & Miscellaneous Info

| Description | Amount | Balance |
|---|---|---|
| Available Leave – Hours | | 124.0 |
| PTO Required to be Used by June 26, 2015 – Hours | | 26.8 |

### Occupational Information

| Rate | Dept WD | Occ Code | Rate | Description |
|---|---|---|---|---|
| 2 | 03/02 | 213500 | 12.260 | AT YOUR SERVICE AGENT |

*The OT Premium is added to your base rate(s) to determine OT Rate (time and a half) and DblRate (doubletime), after consideration of multiple base rates and/or additional earnings (such as service charges).