UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THERESE SHABE,
Individually and on behalf of all others
similarly situated,

            Plaintiff,        Case No.: 8:17-cv-2217-JSM-TGW

vs.

MARRIOTT INTERNATIONAL, INC.;
RENAISSANCE HOTEL MGMT CO. LLC;
RITZ CARLTON HOTEL CO., LLC; RESIDENCE
INN BY MARRIOTT LLC; COURTYARD MGMT
CORP; SPRINGHILL SMC LLC; MARRIOTT
INTERNATIONAL HOTELS INC.; MARRIOTT
HOTEL SERVICES, INC.; FAIRFIELD FMC LLC;
TOWNEPLACE MGMT LLC AND MI HOTELS
OF LAS VEGAS, INC.,

            Defendants.
_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Court Approval of FLSA Settlement and Dismissal of Action with Prejudice (Doc. 35). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Court Approval of FLSA Settlement and Dismissal of Action with Prejudice (Doc. 35) is GRANTED.

2. The settlement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions, if any, are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of April, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record